In the Matter of the Application of HERMAN WINTERS, an Employee, Respondent, for Compensation under the Workmen's Compensation Law, v. L. MARCOTTE & COMPANY, Employer, and PRUDENTIAL CASUALTY COMPANY, Insurer, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of ANNA GEOPPNER, Widow of PAUL GEOPPNER, and Others, for Compensation under the Workmen's Compensation Law, v. JOHN L. HENNING, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

WILLIAM MANKES, Respondent, v. LOUIS FISHMAN, Appellant.— Judgment and order reversed on the ground that the verdict is excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the recovery to seventy-five dollars, in which case the judgment is so modified and as modified judgment and order unanimously affirmed, with costs. All concurred, Cochrane, J., not sitting.

PASQUALE MARINO, Respondent, v. NICOLA GALLO, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Judicial Settlement of the Account of SANFORD J. HOSLEY and ALBERT S. HOSLEY, as Executors, etc.— Decree unanimously affirmed, with costs.

WILLIAM F. McCULLOUGH, an Infant, by ANNA McCULLOUGH, His Guardian ad Litem, Respondent, v. WILLIAM F. CAMPION, Appellant.— Judgment and order reversed, on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the recovery to $1,600, in which case the judgment is so modified and as modified judgment and order affirmed, with costs. All concurred, except Kellogg, P. J., and Woodward, J., who voted for reversal.

In the Matter of the Claim of PATRICK REDDY, Respondent, for Compensation under the Workmen's Compensation Law, v. NATIONAL EXCAVATING AND FOUNDATION COMPANY, INC., Alleged Employer, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Insurance Carrier, Appellants.— Award unanimously affirmed.

ISABEL McDERMOTT, Respondent, v. ROBT. H. INGERSOLL & BRO., Appellant.— Award unanimously affirmed.

CHARLES E. McDONALD, as Administrator, etc., Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

WINIFRED McMULLEN, Respondent, v. MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY, Appellant.— Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the damages are excessive, unless the plaintiff stipulates to reduce the damages to $500, in which case the judgment is so modified and as modified judgment and order unanimously affirmed, without costs. All concurred.